COX LAW FIRM LLC
William H. Cox (WC 3295)
Peter J. Vranum (PV 8947)
43 West 43rd Street, Suite 137
New York, NY 10036-7424
Tel. No.: (212) 804-5756
WCox@lawcox.com
PVranum@lawcox.com

**LAW OFFICES OF H.W. BURNS**
Howard W. Burns, Jr. (HWB 6529)
The Woolworth Building
233 Broadway, Suite 2065
New York, New York 10279
Tel. No.: (212) 227-4450
Howard@HWBurnsLaw.com

**Attorneys for Plaintiff COOGI Partners, LLC**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
COOGI PARTNERS, LLC,                    :
                                        :   Case No. 20-CV-02017 (PGG)
            Plaintiff,                  :
                                        :
       -against-                        :
                                        :   **STATEMENT OF DAMAGES**
RAGEON, INC. and SHABAZZ D.             :
EVERETT A/K/A SHABAZZ D. EVERETTE
 A/K/A MONEYBAZZ D/B/A                  :
MONEY BUSHAE,                           :
                                        :
            Defendants.                 :
--------------------------------------------------------x

Damages:

Copyright statutory damages................................................... $   150,000

Trademark statutory damages................................................. $ 2,000,000

Costs and Disbursements:

Attorneys' fees..................................................................$ 29,658

SDNY filing fee................................................................$     400

Process server fee............................................................  $   2,148


Total (as of August 1, 2020).............................................. <u>$2,182,206</u>