UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COOGI PARTNERS, LLC,

                Plaintiff,

                -against-

RAGEON, INC. AND SHABAZZ D. EVERETT
A/K/KA SHABAZZ D. EVERETTE A/K/A
MONEYBAZZ D/B/A MONEY BUSHAE,

                Defendants.

**ORDER**

20 Civ. 2017 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that Plaintiff's application for a default judgment against Defendant RageOn, Inc. is DENIED.

        The hearing on Plaintiff's application for a default judgment against Defendant Shabazz D. Everett a/k/a Shabazz D. Everette a/k/a Moneybazz d/b/a Money Bushae ("Everett") is hereby adjourned to **December 10, 2020 at 11:15 a.m.**  Plaintiff will supplement its default application with additional information concerning Defendant Everett within ten days of this Order.  Plaintiff is further directed to serve a copy of this Order on Defendant Everett.

        Defendant RageOn will submit any response to the Complaint by **December 18, 2020.**

        Counsel for all parties are directed to appear before the Court for an initial pretrial conference in accordance with Rule 16 of the Federal Rules of Civil Procedure on **December 10, 2020 at 11:15 a.m.**  The hearing will take place by telephone.

        **This case has been designated as an electronic case and has been assigned to me for all purposes.  By the date of the initial pretrial conference, counsel for all parties**

**must register as filing users in accordance with the Procedures for Electronic Case Filing and file a Notice of Appearance.**

**Seven days before the conference, the parties must submit a joint letter addressing the following in separate paragraphs:** (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; and (3) the prospect for settlement.  For the Court's convenience, the parties must set forth the conference's date and time in the joint letter's opening paragraph.  The Court directs the parties to consult its Individual Practices and model Case Management Plan and Scheduling Order – both of which are available on the Court's web site – **and to submit with their joint letter a jointly proposed Case Management Plan.**

**In any case involving allegations of personal injury – whether physical, psychological, emotional, or otherwise – the Plaintiff is to provide to the Defendant prior to the initial pretrial conference all necessary medical authorizations.**

The parties should be aware that the Court requires a pre-motion conference before any motion is filed, in accordance with Rule 4(A) of the Court's Individual Practices.

The Court will consider requests for adjournment of the conference only if they are in writing and otherwise in accordance with the Court's Individual Practices.

**The parties should <u>not</u> provide the Court with courtesy copies of any document less than six pages in length.**

If this case has been settled or otherwise terminated, counsel are required to notify the Court – **before the date of the conference** – by calling (212) 805-0224, and must send a stipulation of discontinuance, voluntary dismissal, or other proof of termination via email to the Orders and Judgments Clerk at the following email address:  judgments@nysd.uscourts.gov.

        The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Seven days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

Dated: New York, New York  
       November 19, 2020

SO ORDERED.

_____  
Paul G. Gardephe  
United States District Judge