LAW OFFICES

*Howard W. Burns, Jr.*

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2065
NEW YORK, NEW YORK 10279

TELEPHONE (212) 227-4450
TELECOPIER (212) 227-4566
howard@hwburnslaw.com

NEW YORK AND
NEW JERSEY BARS

1 OAKWOOD COURT
CEDAR GROVE, NEW JERSEY 07009
TELEPHONE (800) 380-4450
TELECOPIER (973) 571-1496

November 30, 2020

**VIA ECF**

Honorable Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square, Room 2204
New York, New York 10007

MEMO ENDORSED:
The conference previously scheduled for
December 10, 2020 will now take place on
December 9, 2020 at 10:00 a.m.

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated: December 3, 2020

Re:   Docket No. 20-cv-02017-PGG
      *COOGI Partners, LLC v. RageOn, Inc., et al.*

Dear Judge Gardephe:

I am one of the attorneys for Plaintiff in the above-captioned action which is assigned to Your Honor.

This letter is sent with the consent of counsel for defendant RageOn to respectfully request a re-scheduling of the December 10 (11:15 AM) telephonic hearing on Plaintiff's application for a default judgment against Defendant Shabazz D. Everett and also the Rule 16 initial pretrial conference scheduled for the same date and time.

This request is made because I have long-previously scheduled appointments for testing and physician consultations that day at the John Theurer Cancer Center at Hackensack University Medical Center.

There have not been any previous requests for extensions or adjournments except for Defendant RageOn's application to re-schedule the return date of the Court's Order to Show Cause on Plaintiff's application for default judgments against Defendants (which Plaintiff consented to).

I have polled counsel regarding their availability and have been told that all counsel are available for a re-scheduled conference except for the following dates:

Hon. Paul G. Gardephe, U.S.D.J.          2                          November 30, 2020

December 11 and December 15 through January 4 (2021). I have also been advised that
Defendant's California-based counsel respectfully requests that anything scheduled for a
Tuesday not commence before 10:00 AM (Pacific Time).

Thank you for Your Honor's attention to this request.

Respectfully submitted,

Howard W. Burns, Jr.

HWB/

cc: All Counsel Via ECF