UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COOGI PARTNERS, LLC,

        Plaintiff,

-against-

RAGEON, INC. AND SHABAZZ D. EVERETT A/K/A SHABAZZ D. EVERETTE A/K/A MONEYBAZZ D/B/A MONEY BUSHAE,

        Defendants.

**ORDER**

20 Civ. 2017 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    For the reasons stated during today's conference, Plaintiff's application for a default judgment against Defendant Shabazz D. Everett (Dkt. No. 22) is denied.

    By December 19, 2020, Plaintiff and Defendant RageOn will submit a stipulation of dismissal as to RageOn, or a joint status letter.

    By December 19, 2020, Plaintiff will submit a letter stating how it wishes to proceed against Defendant Everett.

Dated: New York, New York
       December 9, 2020

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge